Certificate Number: 03621-PAE-DE-035900288

Bankruptcy Case Number: 17-10212



03621-PAE-DE-035900288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2021, at 3:46 o'clock PM EDT, Dan Distler completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 8, 2021

By:  /s/Damaris Soto

Name:  Damaris Soto

Title:  Credit Counselor