# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | | : | Chapter 13 |
|---|---|---|---|
| | Daniel J. Distler | | |
| | | : | Bky. No. 17-10212-mdc |
| | | : | |
| | Debtor | | |
| | | : | |

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: 11-15-2021

FOR THE COURT

TIMOTHY B. McGRATH
Clerk of Court