United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10212-mdc

Daniel J Distler     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Nov 15, 2021     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J Distler, 2419 Nelson Court, Bristol, PA 19007-4445 |
| aty | + | JOHN ERIC KISHBAUGH, Udren Law Offices PC, 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |
| 14242440 | + | PNC Bank National Association, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13849758 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 15 2021 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 15 2021 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:51:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13849754 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:51:37 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13849753 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:51:43 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13849755 | + | Email/Text: Bankruptcies@nragroup.com | Nov 15 2021 23:40:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13849757 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:40:00 | PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13916028 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13917281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:51:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13869827 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2021 23:51:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13925215 | | Email/Text: bankruptcytn@wakeassoc.com | Nov 15 2021 23:40:00 | EMERGENCY ASSOCIATES OF LOWER BUCKS, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13849756 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Daniel J Distler cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Daniel J Distler support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WALTER WILLIAM GOULDSBURY, III | on behalf of Creditor PNC Bank  N.A. wgouldsbury@rasnj.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :         Chapter 13
    Daniel J. Distler
                                       :         Bky. No. 17-10212-mdc

                                       :
    Debtor
                                         :

**NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: 11-15-2021

                                                   FOR THE COURT

                                                   TIMOTHY B. McGRATH
                                                   Clerk of Court